**Harry WILLIAMS, Plaintiff, v. McLAIN TRUCKING, Inc., and Clyde E. Rupert, Defendants.**

**Civil Action No. 5924.**

United States District Court
N. D. Ohio, W. D.

Dec. 24, 1948.

Myers and Myers and Robert D. Touvelle, all of Celina, Ohio, for plaintiff.

Effler, Eastman, Stichter & Smith, of Toledo, Ohio, and Marchal & Marchal, of Greenville, Ohio, for defendants.

For opinion, see Stauffer **v.** McLain Trucking, Inc., 8 F.R.D. 478.

**Betty FETTERS, Plaintiff, v. McLAIN TRUCKING, Inc., and Clyde E. Rupert, Defendants.**

**Civil Action No. 5925.**

United States District Court
N. D. Ohio, W. D.

Dec. 24, 1948.

Myers & Myers and Robert D. Touvelle, of Celina, Ohio, for plaintiff.

Effler, Eastman, Stichter & Smith, of Toledo, Ohio, and Marchal & Marchal, of Greenville, Ohio, for defendants.

For opinion, see Stauffer **v.** McLain Trucking, Inc., 8 F.R.D. 478.

**Margaret (Coate) ELEY, Plaintiff, v. McLAIN TRUCKING, Inc., and Clyde E. Rupert, Defendants.**

**Civil Action No. 5926.**

United States District Court
N. D. Ohio, W. D.

Dec. 24, 1948.

Myers & Myers and Robert D. Touvelle, all of Celina, Ohio, for plaintiff.

Effler, Eastman, Stichter & Smith, of Toledo, Ohio, and Marchal & Marchal, of Greenville, Ohio, for defendants.

For opinion, see Stauffer **v.** McLain Trucking, Inc., 8 F.R.D. 478.